United States District Court
Southern District of Texas
**ENTERED**
February 23, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MONIQUE SPENCER; aka NEWTON, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 4:17-CV-3850 |
| FEDCHEX RECOVER LLC, *et al*, | § § | |
| Defendants. | § | |

## ORDER

Before the Court is the Complaint filed by Plaintiff Monique Spencer on December 21, 2017, alleging that Defendants had violated the Fair Debt Collection Practices Act. Doc. #1. On April 4, 2018, Plaintiff filed a Notice of Settlement stating that the parties would file dismissal papers within sixty days. Doc. #4. Since then, there has been no activity on the docket. Plaintiff also has not responded to emails from the Court requesting a status update.

"Courts have an 'inherent power' to dismiss cases for lack of prosecution." *United States v. Amieva-Rodriguez*, 905 F.3d 288, 289 (5th Cir. 2018) (per curium) (quoting *Link v. Wabash R. Co.*, 370 U.S. 626, 630–31 (1962)). Under Rule 41(b), the court *sua sponte* may dismiss an action when a plaintiff fails to prosecute. FED. R. CIV. P. 41(b); *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998). In this case, Plaintiff has failed to prosecute her claims against Defendants. Accordingly, this action is hereby DISMISSED without prejudice for want of prosecution.

It is so ORDERED.



February 23, 2021
Date

The Honorable Alfred H. Bennett
United States District Judge